# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
|     **PLAINTIFF,** | ) | |
| **VS.** | ) | 2:10-cv-480-JHH |
| **JAMES DAVID SPAIN,** | ) | |
|     **DEFENDANT.** | ) | |

## FINDINGS AND CONCLUSIONS

On July 20, 2010 this court entered default (doc. #5) against defendant with leave to plaintiff to prove damages.

On December 22, 2010 plaintiff filed a motion (doc. #6) for a default judgment in the amount of $205,299.74, plus interest and statutory additions that accrue from December 13, 2010.  Attached to the motion is a declaration of Revenue Officer Curtis Strange that sets forth facts which the court **FINDS** fully support the entry of the requested judgment by default.

By separate document the court will enter the requested judgment by default.

**DONE** this the   29th   day of December, 2010.

_____
SENIOR UNITED STATES DISTRICT JUDGE